IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRAN HAMILTON,<br><br>  Plaintiff,<br><br>  v.<br><br>K.J. ALLEN; J.D. LOZANO; R. WHITE; M.E. SPEAMAN; R. JIMENEZ; J. SWEIGERT; B. HOMSANY,<br><br>  Defendants. | No. C 13-4220 WHA (PR)<br><br>**ORDER OF DISMISSAL; GRANTING IN PART DEFENDANTS' MOTION TO DISMISS**<br><br>(Dkt. 11) |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights case under 42 U.S.C. 1983. On November 1, 2013, the Order of Service was mailed to him at the address he provided to the court. On November 18, 2013, the Order was returned by the postal service as undeliverable because the address was incorrect. Plaintiff has not notified the clerk of any change in address. As more than sixty days have passed since the mail was returned, the case is **DISMISSED** without prejudice. *See* Local R. 3-11(b); Fed. R. Civ. P. 41. In light of this conclusion, the remaining arguments for dismissal raised in defendants' motion to dismiss are moot. Defendants' motion is **GRANTED IN PART.**

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February  7 , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE